BEFORE THE THIRD DIVISION, MAY 6, 1941

**No. 45798.**—Protests 938609–G, etc., of McCormick & Co., Inc. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of ginger root similar to that passed upon in *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45799.**—Protests 939181–G, etc., of Frank Tea & Spice Co. et al. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of ginger root similar to that passed upon in *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45800.**—Protests 926440–G, etc., of Chas. T. Wilson Co. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of ginger root similar to that passed upon in *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.